UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Jun 01, 2009**

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| John Dobrocke, et al. v. Allis-Chalmers Corp. Product | ) | |
| Liability Trust, et al., N.D. California, | ) | MDL No. 875 |
| C.A. No. 4:09-1456 | ) | |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action *(Dobrocke)* on May 18, 2009.  The Panel has now been advised that *Dobrocke* was remanded to the Superior Court for the County of San Francisco, California, by the Honorable Claudia Wilken in an order filed on May 26, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-322" filed on May 18, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel